NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

07-70 consolidated with 07-68

THE WESTERN CONNECTION, INC.

VERSUS

STATE OF LA., DOTD

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NOS. 64,142B AND 62,499B
HONORABLE JOHN C. FORD, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Jimmie C. Peters, and Elizabeth A. Pickett, Judges.

PETERS, J., CONCURS IN THE RESULT.

AFFIRMED IN PART; REVERSED IN PART.

Michael Wayne Landry
Assistant Attorney General
556 Jefferson Street - 4th Floor
Lafayette, LA 70501
Telephone: (337) 262-1700
COUNSEL FOR:
    Defendant/Appellant - State of LA., DOTD

**E. Grey Burnes Talley**
**Burnes, Burnes, & Talley**
**P. O. Box 650**
**Alexandria, La 71309-0650**
**Telephone:  (318) 442-5231**
**COUNSEL FOR:**
  **Plaintiff/Appellee - The Western Connection, Inc.**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *The Cowboy Connection, Inc. v. State of La., DOTD*, 07-68 (La.App. 3 Cir. _____/07), ___ So.2d ___, the judgment of the trial court is affirmed, in part; and reversed, in part. Costs of the appeal are assessed to the plaintiffs, Cowboy Connection, Inc. and Western Connection, Inc.

**AFFIRMED IN PART; REVERSED IN PART.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION. Rule 2-16.3, Uniform Rules—Courts of Appeal.